# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Charles Carson,

    Plaintiff(s),

vs.

Theodis Beck, et al.,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:09-cv-300-GCM

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 4, 2009 Order.

Signed: August 4, 2009

Frank G. Johns, Clerk
United States District Court